# Order

Michigan Supreme Court
Lansing, Michigan

August 18, 2015

Robert P. Young, Jr.,
Chief Justice

149663(55)

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

ROBERTO LANDIN,
      Plaintiff-Appellee,

v

HEALTHSOURCE SAGINAW, INC.,
      Defendant-Appellant.

_____/

SC: 149663
COA: 309258
Saginaw CC: 08-002400-NZ

      On order of the Chief Justice, the motion of defendant-appellant to extend the time for filing its reply is GRANTED.  The reply will be accepted for filing if submitted on or before September 16, 2015.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

      August 18, 2015



Clerk